UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-po-00520-DB |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY K. BONDERER, | ) | DATE:  January 12, 2021 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Deborah Barnes |
| | ) | |
| | ) | |
| | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00520-DB with prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on January 12, 2021, is vacated.

IT IS SO ORDERED.

Dated:  January 8, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE